# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PAULA C. THOMAS,

    Plaintiff,

v.                                                       Case No: 8:12-cv-1304-T-30TGW

PHARMERICA CORPORATION,

    Defendant.
_____

## ORDER

The Court has been advised via a Notice of Settlement (Dkt. #20) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of February, 2013.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE